# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **DEVONTAE BYRDSONG,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **5:23-cr-00002-TES-CHW-1** |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

Before the Court is Defendant Devontae Byrdsong's Unopposed Motion to Continue Trial [Doc. 32]. On January 10, 2023, the Government obtained an indictment charging Defendant with Coercion and Enticement of a Minor and Transportation of Minors in violation of 18 U.S.C. §§ 2422(b) and 2423(a). [Doc. 1]. Defendant entered a plea of not guilty on February 7, 2023. [Doc. 14].

Defendant seeks a continuance to allow his counsel more time to review discovery that has been recently provided. [Doc. 32, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion to Continue Trial [Doc. 32], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—June 19, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

    **SO ORDERED**, this 15th day of March, 2023.

<u>S/ Tilman E. Self, III</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
