# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:23-CR-02-CAR-CHW |
| DAVEONTAE LEE BYRDSONG, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Daveontae Byrdsong's Unopposed Motion to Continue [Doc. 39] the pretrial conference scheduled for May 9, 2023 and the trial, which is set to begin on June 19, 2023, in Macon, Georgia. On January 10, 2023, the Grand Jury returned a multi-count indictment charging Defendant with Coercion and Enticement of a Minor and Transportation of Minors. Defendant was initially arrested on a complaint warrant on December 23, 2022. On February 7, 2023, Defendant was appointed counsel, pled not guilty at his arraignment, and detained pending trial.

In the Motion, Defense Counsel represents additional time is needed to review discovery at the FBI office, further investigate the case, and engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance

would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 39] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the August 7, 2023 term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 8th day of May, 2023.

                                          s/ C. Ashley Royal_____
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT