IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-2-CAR-CHW |
| DAVEONTAE LEE BYRDSONG, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER TO CONTINUE TRIAL

On January 10, 2023, the Grand Jury returned a two-count indictment charging Defendant with Coercion and Enticement of a Minor and Transportation of a Minor. On February 7, 2023, Defendant was appointed counsel, pled not guilty at his arraignment, and ordered detained pending trial. This case has once been previously continued.

At the pretrial conference hearing on July 12, 2023, defense counsel moved to continue the trial of this case, which is set to begin on August 7, 2023, because additional time is needed to review discovery and investigate the case. The Government did not oppose a continuance.

Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a

miscarriage of justice. Thus, **IT IS HEREBY ORDERED** that this case be continued until September 25, 2023, this Court's next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 12th day of July, 2023.

                                                                   s/ C. Ashley Royal_____
                                                                   C. ASHLEY ROYAL, SENIOR JUDGE
                                                                     UNITED STATES DISTRICT COURT