IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-2 |
| DAVEONTAE LEE BYRDSONG, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TO SUPPLEMENT BRIEFING

Currently pending before the Court is Defendant's Motion for Review of Detention Order pursuant to 19 U.S.C. § 3145(b). Defense counsel states he "stands prepared to present evidence at a hearing on this matter that was not presented at the initial detention hearing in the days following Mr. Byrdsong's arrest in his hometown of West Palm Beach, FL," and he "stands ready to appear with Mr. Byrdsong and witnesses at a bond hearing[.]"[1] But defense counsel fails to identify the evidence and witnesses he intends to present at the hearing scheduled for August 1, 2023.

**Defense counsel** is **ORDERED** to file supplemental briefing outlining the additional evidence he contends supports Defendant's pretrial release that was not

---

[1] Motion for Review of Detention Order, pp. 2 and 3 [Doc. 41].

1

presented at the initial detention hearing, including any witnesses he intends to present at the hearing, and the expected testimony of each witness **by July 26, 2023**.

    **SO ORDERED,** this 20th day of July, 2023.

                                          s/ C. Ashley Royal  
                                          C. ASHLEY ROYAL, SENIOR JUDGE  
                                          UNITED STATES DISTRICT COURT