IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:23-CR-2-CAR-CHW |
| DAVEONTAE LEE BYRDSONG, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**

Currently before the Court is the Defendant Daveontae Byrdsong's Unopposed Motion for Continuance [Doc. 60] of the pretrial conference scheduled for September 8, 2023, and the trial, which is set to begin on September 25, 2023, in Macon, Georgia. On January 10, 2023, the Grand Jury returned a two-count indictment charging Defendant with Coercion and Enticement of a Minor and Transportation of a Minor. On February 7, 2023, Defendant was appointed counsel, pled not guilty at his arraignment, and is currently released on an unsecured bond. This case has previously been continued three times.

In the Motion, Defense Counsel states additional time is needed to review discovery. The Government did not oppose a continuance. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the

1

public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, Defendant Byrdsong's Unopposed Motion for Continuance [Doc. 60] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until December 4, 2023, this Court's next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 5th day of September, 2023.

                                            s/ C. Ashley Royal_____
                                            C. ASHLEY ROYAL, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT